IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ANGELA JEFFERSON

VS.                                                         CIVIL ACTION NO. 2:12cv5-KS-MTP

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

ORDER

This cause is before the Court on Defendant's Motion to Affirm the Decision of the Commissioner [12] and on Plaintiff's Motion for Summary Judgment [10]. A Report and Recommendation [15] has been entered by Magistrate Judge Michael T. Parker. The Court has considered the above documents, the transcript of the record, the applicable law and the pleadings and finds that the Report and Recommendation, entered January 29, 2013, should be adopted as the opinion of this Court with the limitation that the issue on remand is limited as hereinafter stated.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is adopted as the findings of this Court and this case is remanded to the Social Security Administration for a determination by the Administrative Law Judge and resolution of the conflict between the vocational expert's testimony and the Dictionary of Occupational Titles ("D.O.T."). The Report and Recommendation [15] pages 15 - 18 sets forth the conflict that needs to be resolved by the Administrative Law Judge and additional findings presented.

A separate Judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this, the 22nd day of March, 2013.

                        *s/Keith Starrett*
                        UNITED STATES DISTRICT JUDGE